GEORGE A. RILEY (S.B. #118304) – griley@omm.com
DAVID R. EBERHART (S.B. # 195474) – deberhart@omm.com
LUANN L. SIMMONS (S.B. # 203526) – lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation; CISCO TECHNOLOGY, INC., a California Corporation; CISCO-LINKSYS LLC, a California Limited Liability Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California Corporation, formerly known as APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C07-0198 MHP<br><br>**STIPULATION REGARDING TIME TO MOVE OR PLEAD IN RESPONSE TO THE COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), the parties to this action hereby stipulate that Apple Inc. shall have until February 15, 2007 to move or plead in response to the Complaint.

Dated: January 31, 2007

GEORGE A. RILEY
O'MELVENY & MYERS LLP

By: s/George A. Riley
George A. Riley
Attorneys for Defendant
Apple Inc.

BEATRICE B. NGUYEN
FOLGER LEVIN & KAHN LLP

By: s/Beatrice B. Nguyen
Beatrice B. Nguyen
Attorneys for Plaintiffs
Cisco Systems, Inc., Cisco Technology, Inc., and Cisco-Linksys LLC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Beatrice B. Nguyen.

Dated: January 31, 2007

Dated: : 2/2/07

By s/George A. Riley
George A. Riley
Attorneys for Defendant
Apple Inc.

IT IS SO ORDERED
Judge Marilyn H. Patel

SF1:659732.1

STIPULATION REGARDING TIME TO MOVE OR PLEAD
CASE NO. C07-0198 MHP

2