1  GEORGE A. RILEY (S.B. #118304) – griley@omm.com
2  DAVID R. EBERHART (S.B. # 195474) – deberhart@omm.com
   LUANN L. SIMMONS (S.B. # 203526) – lsimmons@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3344
5  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701

6  Attorneys for Defendant
7  Apple Inc.

8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation; CISCO TECHNOLOGY, INC., a California Corporation; CISCO-LINKSYS LLC, a California Limited Liability Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California Corporation, formerly known as APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C07-0198 MHP<br><br>**STIPULATION REGARDING TIME TO MOVE OR PLEAD IN RESPONSE TO THE COMPLAINT** |

STIPULATION REGARDING TIME TO
MOVE OR PLEAD
CASE NO. C07-0198 MHP

Pursuant to Civil L.R. 6-1(a), the parties to this action hereby stipulate that Apple Inc. ("Apple") shall have until February 21, 2007, to move or plead in response to the complaint. The parties previously stipulated to extend the time for Apple to respond to the complaint to February 15, 2007. The requested extension in time will not affect the current schedule for this case.

Dated: February 15, 2007

GEORGE A. RILEY
O'MELVENY & MYERS LLP

By: s/George A. Riley
    George A. Riley
Attorneys for Defendant
Apple Inc.

BEATRICE B. NGUYEN
FOLGER LEVIN & KAHN LLP

By: s/Beatrice B. Nguyen
    Beatrice B. Nguyen
Attorneys for Plaintiffs
Cisco Systems, Inc., Cisco Technology, Inc., and Cisco-Linksys LLC

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Beatrice B. Nguyen.

Dated: February 15, 2007

Dated: 2/21/07

By  s/George A. Riley
    George A. Riley

Attorneys for Defendant
Apple Inc.

IT IS SO ORDERED
Judge Marilyn H. Patel

SF1:661623.1

2

STIPULATION REGARDING TIME TO MOVE OR PLEAD
CASE NO. C07-0198 MHP