FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Michael F. Kelleher (CSB No. 165493, mkelleher@flk.com)
Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiffs
CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC.,
and CISCO-LINKSYS LLC

O'MELVENY & MYERS LLP
George A. Riley (C.S.B. No. 118304, griley@omm.com)
David R. Eberhart (C.S.B. No. 195474, deberhart@omm.com)
Luann L. Simmons (C.S.B. # 203526, lsimmons@omm.com)
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation; CISCO TECHNOLOGY, INC., a California Corporation; CISCO-LINKSYS LLC, a California Limited Liability Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California Corporation, formerly known as APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 07-00198 MHP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER (Fed. R. Civ. P. 41(a)(1)(ii))** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel of record, hereby stipulate to the dismissal with prejudice of the above-captioned action. Each party will bear its own attorneys' fees and costs. The parties further stipulate that the Court may enter an order based on this stipulation.

Dated: February 21, 2007

MICHAEL A. KAHN
FOLGER LEVIN & KAHN LLP


By:      /s/ Michael A. Kahn
Michael A. Kahn
Attorneys for Plaintiffs
Cisco Systems, Inc., Cisco Technology, Inc.,
and Cisco-Linksys LLC


GEORGE A. RILEY
O'MELVENY & MYERS LLP


By:      /s/ George A. Riley
George A. Riley
Attorneys for Defendant
Apple Inc.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from George A. Riley.

Dated: February 21, 2007

By:      /s/ Michael A. Kahn
Michael A. Kahn

Attorneys for Plaintiffs
Cisco Systems, Inc., Cisco Technology, Inc.,
and Cisco-Linksys LLC

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL WITH PREJUDICE;
CASE NO. C 07-00198 MHP

**[PROPOSED] ORDER**

IT IS SO ORDERED:

1. That the above-captioned action is dismissed with prejudice;

2. That each party is to bear its own attorneys' fees and costs.

Dated: __3/7____, 2007

_____
HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

20040\2001\535681.1